MATTHEW HELLAND (SBN 250451)
helland@nka.com
DANIEL BROME (SBN 278915)
dbrome@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Tel:     415.277.7235
Fax:    415.277.7238

Attorneys for Plaintiff
CHRISTOPHER BOOHER

DARYL S. LANDY (SBN 136288)
dlandy@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1740
Irvine, CA 92614
Tel:     949.399.7000
Fax:    949.399.7001

ANNA KIM (SBN 292082)
anna.kim@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Los Angeles, CA  90071-3132
Tel:     213.612.2500
Fax:    213.612.2501

BRENDAN T. KILLEEN (admitted *pro hac vice*)
bkilleen@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel:     212.309.6000
Fax:    212.309.6001

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION
(erroneously named as JETBLUE AIRLINES CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Booher and Patricia Reid, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>JetBlue Airways Corporation,<br><br>Defendant. | Case No. 4:15-cv-01203-JSW<br><br>JOINT STIPULATION ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT AND ORDER THEREON |

The parties, by and through their attorneys of record, hereby stipulate and agree as follows, pursuant to Fed. R. Civ. P. 15(a)(2):

WHEREAS, on March 16, 2015, Plaintiff Christopher Booher filed his initial complaint asserting claims under the California Labor Code (failure to pay minimum wage, failure to pay overtime, waiting time penalties, failure to provide itemized wage statements), the San Francisco Minimum Wage Ordinance, and the California Business and Professions Code (ECF No. 1);

WHEREAS, Defendant JetBlue Airways Corp. filed its answer on May 8, 2015 (ECF No. 15);

WHEREAS, on June 26, 2015, the Court issued a Minute Order (ECF No. 25), allowing the parties until August 31, 2015 to amend pleadings;

WHEREAS, on August 31, 2015, Plaintiff Booher filed a Joint Stipulation Allowing Plaintiffs to File a First Amended Complaint (ECF No. 28);

WHEREAS, on August 31, 2015, the Court granted the Parties' Stipulation Allowing Plaintiff Booher to File a First Amended Complaint (ECF No. 29);

WHEREAS, on August 31, 2015, Plaintiffs Booher and Patricia Reid filed their First Amended Complaint (ECF No. 30);

WHEREAS, Defendant filed its Answer to the First Amended Complaint on September 21, 2015 (ECF No. 31);

WHEREAS, Plaintiffs wish to add claims under the Private Attorneys General Act of 2004, Cal. Lab. Code §2698 *et seq.*;

WHEREAS, on September 2, 2015, Plaintiffs gave written notice by certified mail to the Labor and Workforce Development Agency and JetBlue Airways Corp. of the alleged violations of the California Labor Code;

WHEREAS, the Labor and Workforce Development Agency has not responded within 33 calendar days of the postmark date of the notice;

WHEREAS, PAGA provides Plaintiffs a right to amend their complaint within 60 days of exhaustion of administrative relief, Cal. Lab. Code § 2699.3(a)(2)(C));

WHEREAS, the Parties further agree that Defendant's response to the Second Amended

1  Complaint will be due twenty-one (21) days after the date Plaintiffs file their Second Amended
2  Complaint; and
3      WHEREAS, the Parties have not reached agreement as to whether Plaintiffs' PAGA claims
4  relate back to the filing of this Action, and expressly reserve all rights to address this issue in later
5  motion practice.
6      WHEREFORE, the parties hereby STIPULATE AND AGREE that Plaintiffs may have
7  leave to file their Second Amended Complaint, attached in clean and redlined form as Exhibit A,
8  and that Defendant's response to the Second Amended Complaint will be due twenty-one (21) days
9  after the date Plaintiffs file their Second Amended Complaint.

Dated: November 3, 2015              NICHOLS KASTER, LLP

                                     By  s/ Matthew C. Helland
                                         Matthew C. Helland
                                         Daniel S. Brome
                                         Attorneys for Plaintiffs

Dated: November 3, 2015              MORGAN, LEWIS & BOCKIUS LLP

                                     By  s/ Daryl S. Landy
                                         Daryl S. Landy
                                         Anna Kim
                                         Brendan T. Killeen
                                         Attorneys for Defendant
                                         JETBLUE AIRWAYS CORPORATION
                                         (erroneously named as JetBlue Airlines
                                         Corporation)

    I, Matthew C. Helland, attest that I have obtained concurrence from Daryl S. Landy in the filing of this Joint Stipulation Allowing Plaintiffs to File a Second Amended Complaint. *See* N.D. Cal. Civ. L.R. 5-1(i)(3).

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: November 9, 2015
                                     _____
                                     Hon. Jeffrey S. White
                                     United States District Court Judge