| | |
|---|---|
| MATTHEW HELLAND (SBN 250451) | DARYL S. LANDY (SBN 136288) |
| helland@nka.com | dlandy@morganlewis.com |
| DANIEL BROME (SBN 278915) | MORGAN, LEWIS & BOCKIUS LLP |
| dbrome@nka.com | 5 Park Plaza, Suite 1740 |
| NICHOLS KASTER, LLP | Irvine, CA 92614 |
| One Embarcadero Center, Suite 720 | Tel:    949.399.7000 |
| San Francisco, CA 94111 | Fax:    949.399.7001 |
| Tel:    415.277.7235 | |
| Fax:    415.277.7238 | ANNA KIM (SBN 292082) |
| | anna.kim@morganlewis.com |
| Attorneys for Plaintiff | MORGAN, LEWIS & BOCKIUS LLP |
| CHRISTOPHER BOOHER | 300 South Grand Avenue |
| | Los Angeles, CA 90071-3132 |
| | Tel:    213.612.2500 |
| | Fax:    213.612.2501 |
| | |
| | BRENDAN T. KILLEEN (admitted *pro hac vice*) |
| | bkilleen@morganlewis.com |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 101 Park Avenue |
| | New York, NY 10178 |
| | Tel:    212.309.6000 |
| | Fax:    212.309.6001 |
| | |
| | Attorneys for Defendant |
| | JETBLUE AIRWAYS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOOHER and PATRICIA REID, individually, on behalf of others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> Defendant. | Case No. 4:15-cv-01203-JSW <br><br> JOINT STIPULATION CONTINUING BRIEFING DEADLINES AND HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT |

The parties, by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on June 19, 2015, the Parties filed a Joint Case Management Statement (ECF No. 24) which proposed, *inter alia*, a briefing and hearing schedule for early cross motions for summary judgment;

WHEREAS, on June 26, 2015, the Court issued a Minute Order (ECF No. 25) adopting the Parties' proposed briefing and hearing schedule, as follows:

- opening summary judgment due: 1/15/2016
- opposition and cross-motion due: 1/29/2016
- reply and opposition to the cross-motion due: 2/12/2016
- reply due: 2/19/2016
- Hearing on cross disposition motions: 3/4/2016 at 9:00 a.m.

WHEREAS, the Parties are represented by the same law firms representing the parties in the matter of *Oman v. Delta Air Lines, Inc.* Case No. 3:15-cv-00131-WHO (N.D.Cal.) ("*Oman*");

WHEREAS, *Oman* raises legal challenges to flight attendant compensation practices that are similar to those challenged by Plaintiffs here;

WHEREAS, cross motions for summary judgment in *Oman* were originally scheduled for hearing on November 18, 2015, with the expectation of a ruling prior to a December 15, 2015 case management conference;

WHEREAS, the *Oman* summary judgment hearing was continued to December 16, 2015, due to unanticipated delays in defense counsel's trial schedule;

WHEREAS, after the *Oman* summary judgment hearing, the undersigned Counsel agreed in principal to continuing the summary judgment briefing schedule in this case to allow the *Oman* court to issue an order;

WHEREAS, the *Oman* court issued a summary judgment ruling on December 29, 2015;

WHEREAS, the Parties diligently pursued discovery and were prepared to meet the

1

JOINT STIPULATION CONTINUING BRIEFING DEADLINES AND HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 4:15-CV-01203-JSW

Court's originally-ordered dates, were it not for the extension Plaintiffs' Counsel granted to Defense Counsel's firm as a professional courtesy in the *Oman* matter;

WHEREAS, Plaintiffs' Counsel seeks a short continuance of the briefing and hearing schedule to allow time to incorporate the *Oman* ruling into its summary judgment briefing, especially given the New Year's Holiday;

WHEREAS, the Court has not set any discovery or motion deadlines other than those addressed here.

WHEREFORE, the parties hereby STIPULATE AND AGREE to continue the briefing and hearing schedule on cross motions for summary judgment as follows:

- February 4, 2016:    Plaintiffs' Summary Judgment Motion
- February 19, 2016:   Defendant's Opposition and Summary Judgment Motion
- March 4, 2016:       Plaintiffs' Reply and Opposition
- March 11, 2016:      Defendant's Reply
- ~~March 25,~~ 2016:   Summary Judgment Hearing
  April 15, 2016 at 9:00 a.m.

Dated: December 30, 2015                NICHOLS KASTER, LLP

                                        By   s/ Matthew C. Helland
                                             Matthew C. Helland
                                             Daniel S. Brome
                                             Attorneys for Plaintiff
                                             CHRISTOPHER BOOHER

Dated: December 30, 2015                MORGAN, LEWIS & BOCKIUS LLP

                                        By   s/ Daryl S. Landy
                                             Daryl S. Landy
                                             Anna Kim
                                             Brendan T. Killeen
                                             Attorneys for Defendant
                                             JETBLUE AIRWAYS CORPORATION
                                             (erroneously named as JetBlue Airlines Corporation)

2

JOINT STIPULATION CONTINUING BRIEFING DEADLINES AND HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 4:15-CV-01203-JSW

I, Matthew C. Helland, attest that I have obtained concurrence from Daryl S. Landy in the filing of this Joint Stipulation Continuing Briefing Deadlines and Hearing on Cross Motions for Summary Judgment. *See* N.D. Cal. Civ. L.R. 5-1(i)(3).

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED. AS MODIFIED.

Dated: January 4, 2016

Hon. Jeffrey S. White
United States District Court Judge

3

JOINT STIPULATION CONTINUING BRIEFING DEADLINES AND HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 4:15-CV-01203-JSW