**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CHRISTOPHER BOOHER and PATRICIA          No. C 15-01203 JSW
     REID, individually and on behalf of others
10   similarly situated, and on behalf of the general
     public,
11
                  Plaintiffs,               **ORDER VACATING HEARING ON**
12                                          **CROSS-MOTIONS FOR PARTIAL**
           v.                               **SUMMARY JUDGMENT**
13
     JETBLUE AIRWAYS CORPORATION,
14
                  Defendant.
15   _____/

16

17          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for partial summary

18   judgment filed by Plaintiffs Christopher Booher and Patricia Reid, on behalf of a putative class and

19   the cross-motion for partial summary judgment filed by Defendant JetBlue Airways Corporation

20   which have been noticed for hearing on Friday, April 15, 2016 at 9:00 a.m., are appropriate for

21   decision without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motions

22   will be taken under submission and decided on the papers.

23          **IT IS SO ORDERED.**

24   Dated: April 12, 2016              _____
                                        JEFFREY S. WHITE
25                                      UNITED STATES DISTRICT JUDGE

26

27

28