**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

CHRISTOPHER BOOHER and PATRICIA
REID, individually and on behalf of others
similarly situated, and on behalf of the general
public,

No. C 15-01203 JSW

11
12

Plaintiffs,

**ORDER TO SHOW CAUSE REGARDING
FAILURE TO APPEAR**

13

v.

14

JETBLUE AIRWAYS CORPORATION,

15

Defendant.

16

_____/

17       By order dated April 26, 2016, this Court set the case management conference for September

18   9, 2016, and required personal appearances by counsel.  On Friday, September 9, 2016, this Court

19   held the case management conference in this matter.  Counsel for Defendant did not appear.

20   Although the parties requested in their joint statement to appear by telephone, such request was not

21   granted.

22       Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing as to why

23   the Court should not impose monetary sanctions in the amount of $500.00.  Defendant's response to

24   this Order to Show Cause shall be due by September 16, 2016.

25       **IT IS SO ORDERED.**

26   Dated:   September 9, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

27
28