# Exhibit G

# jetBlue AIRWAYS®

**Manual Holder:**

_____

*(Signature)*

**Employee No.:_____**

---

**WARNING**

THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 C.F.R. PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW", AS DEFINED IN 49 C.F.R. PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF HOMELAND SECURITY.

UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 U.S.C. 552 AND 49 C.F.R. PARTS 15 AND 1520.1.

FLIGHT ATTENDANT MANUAL 

to live at their base, it is the Flight Attendant's responsibility to have accommodations available.

## B.3   Initial Base Assignments

New hire Flight Attendants will be assigned an initial base during training according to current vacancies and operational needs. They are eligible to bid out of the assigned base when openings exist:

- The three (3) month base commitment *does not* apply to initial base assignments.
- Flight Attendants may request to transfer out of the initial base assignment during the System Bid. See section B.10 by submitting a request through FLiCA.  Requests are awarded:
    - If base vacancies exist
    - In seniority order
    - Are effective the first (1st) day of the award month

## B.4   Relocation Days after Initial Training

Flight Attendants completing Initial Training will receive four (4) relocation days, typically following Initial Base Orientation and prior to the IOE, unless operational needs dictate otherwise.

- Relocation days are awarded in seniority order based on reserve availability.
- Relocation days may not be accommodated during holiday/peak schedule periods.
- Flight Attendants relocating from outside their assigned base area may request up to three (3) additional unpaid consecutive days after completion of their IOE, which will be granted by CrewPlanning in seniority order, unless operational needs dictate otherwise. Request for additional days can be made by emailing CrewPlanning@jetblue.com.

**FLIGHT ATTENDANT MANUAL** 

> **NOTE:** Flight Attendants must call Crew Services to advise request for reduced rest. If contact is not made to Crew Services within thirty (30) minutes of duty off, it will be assumed that the Flight Attendant desires required rest requirements.

### E.6   Deadheading / LIMO [FAR 121.467 (b) (12)]

**FAR 121.467 (b) (12) states:** "Time spent in transportation, not local in character, that a certificate holder conducting domestic, flag, or supplemental operations requires of a flight attendant and provides to transport the flight attendant to an airport at which that flight attendant is to serve on a flight as a flight attendant, or from an airport at which the flight attendant was relieved from duty to return to the flight attendant's home station, is not considered part of a rest period."

- JetBlue considers company-provided travel time such as surface or air deadheads as duty time for flight attendants.
- Ground transportation to/from hotels is not considered duty.
- No duty period will be scheduled to exceed fourteen (14) hours total duty time including scheduled Deadhead/LIMO unless the Flight Attendant requests to travel back to base on their own time to avoid extended layovers into time/days off.

### E.7   Twenty-Four in Seven (24 in 7) Rest Break [FAR 121.467 (b) (13)]   2012-IF021TR

**F.A.R 121.467 (b) (13) states:** "Each certificate holder conducting domestic, flag, or supplemental operations must relieve each flight attendant engaged in air transportation and each commercial operator must relieve each flight attendant engaged in air commerce from all further duty for at least twenty four (24) consecutive hours during any seven (7) consecutive calendar days."

CONFIDENTIAL                                                                 JB000743

FLIGHT ATTENDANT MANUAL 

- Can only be split in a Crew Base.
- Does not incur additional costs (i.e., hotel, deadhead, etc).

### G.20 Inflight Leadership Flying

If staffing constraints necessitate that Inflight Leadership aid in flying, they may either pick-up pairings from open time or make themselves available for reserve assignment.

### G.21 Displacement of Flight Attendant

Flight Attendants may be removed for the administration of training, promotional purposes, charters, recognition, inaugural flights or Special Assignments (SPA).

- The code DPM, DPR or DPI will document the occurrence.
- Flight Attendants are released from duty.
- Pay protection applies.
- Flight Attendants may pick up a trip over the pay protection; however, will only be paid the greater of the pay protection or the actual trip flown.

### G.22 Released from FAR Duty

Flight Attendants, who need to be removed while performing FAR related duties, are required to contact Crew Services as soon as possible to allow for qualified relief crew coordination. The Flight Attendant is not "released from duty" until the relief crew arrives to replace them and perform the FAR duties safely.

## H. PAY

### H.1 Pay Periods

Flight Attendants are paid twice a month on the eighth (8th) and twentieth (20th) of each month. Pay is based on a minimum seventy (70) hour guarantee and thirty (35) hours for CrewFlex Flight Attendants.

Flight Attendant's Pay is comprised of the following.

**FLIGHT ATTENDANT MANUAL**            jetBlue

| July 20th paycheck | August 8th paycheck |
|---|---|
| 35:00* (fronted half of the monthly guarantee) | All hours flown above the 35:00* hours paid on the 20th pay check including PTO |
| Per Diem for June | All additional pay (LOD, F1, JRA etc…) |
|  | Night Override for June |
| * 17.5 hours for CrewFlex Flight Attendants | * 17.5 hours for CrewFlex Flight Attendants |

> **EXAMPLE:** Credit total for the month of July is 105.8 including 12.5 PTO and 5.8 PTS. The paycheck will reflect as follows:

- 35 hours regular—paid on 7/20
- 16.7 hours regular—paid on 8/8
- 35.8 hours premium—paid on 8/8
- 18.3 hours of PTO—paid on 8/8
- Total: 105.8 hours total for July (35+16.7+18.3=70 hours at base for the month)

> **NOTE:** When the eighth (8th) or the twentieth (20th) of a month falls on a Saturday, the payday is the Friday before; when the eighth (8th) or the twentieth (20th) falls on a Sunday, the payday is the following Monday. If the payday falls on a bank observed holiday, pay day is the next business day.

## H.2  Flight Pay

Flight Attendants are paid for flight pay and credit in the current bid period at the planned rate of thirty five (35) hours per paycheck (17.5 hours for CrewFlex Flight Attendants).

FLIGHT ATTENDANT MANUAL 

- Actual flight pay and credit for the bid period over seventy (70) hours is paid in the subsequent month.
- Any segment of a flight and/or pairing that carries over from one bid period to the next will be considered "Carry-Over Credit" and applied to the following month's line value. This does not apply to pay. Pay is applied to the month the pairing reported.
- Flight pay is based on actual flight time or the applicable credit guarantee, whichever is greater.
- If flight/credit time is lost on a trip through no fault of the Flight Attendant, the Flight Attendant will be paid as scheduled after schedules are released for the bid period. This will include applicable premium pay provided; the Flight Attendant is available for a reassignment within the footprint of the original pairing.
- Flight schedule changes to match travel demand may occur after bids are awarded. These may include flight cancellations.

## H.3 JetBlue Flight Attendant Pay Scale

| Completion of Service | Hourly Rate < 70 | Premium Rate > 70 |
|---|---|---|
| Months 1-6 | $18.00 | $27.00 |
| Months 7-12 | $20.00 | $30.00 |
| After 1 yr | $21.00 | $31.50 |
| After 2 yrs | $22.10 | $33.15 |
| After 3 yrs | $23.20 | $34.80 |
| After 4 yrs | $24.75 | $37.13 |
| After 5 yrs | $27.20 | $40.80 |
| After 6 yrs | $29.22 | $43.83 |
| After 7 yrs | $30.70 | $46.05 |
| After 8 yrs | $32.00 | $48.00 |
| After 9 yrs | $33.50 | $50.25 |
| After 10 yrs | $34.90 | $52.35 |
| After 11 yrs | $36.81 | $55.22 |
| After 12 yrs | $38.40 | $57.60 |

CONFIDENTIAL            JB000779

> **NOTE:** The Inflight department date of hire anniversary date determines when hourly flight pay incremental increases are received.

### H.4   Time Away from Base RIG (TAFB) (1:3.5)

For each pairing a Flight Attendant will be credited with a minimum of one (1) hour of flight time pay and flight time credit for every three hours and thirty minutes (3.5) away from base on a prorated basis. Our crew management system has a trip period rig clock that starts when a pairing is scheduled to report one (1) hour before scheduled departure from a base, and continues running until the time of release (00:15 after block-in at base on the last day of the pairing).

### H.5   Minimum Pay for Single/Multiple Duty Period Pairings RIG (5:00)

Flight Attendants awarded or assigned a pairing consisting of a single or multiple duty period, scheduled with less than five (5) hours daily average credit, will receive a RIG adjustment to a five (5) hour daily credit after the pairing has been completed:

- This RIG does not apply to Jetway Trades or Front End/Tail End Splits.
- ASB is part of the total duty period.

### H.6   Duty Rig (1:2)

Flight Attendants shall receive a minimum of one (1) hour of credit for every two (2) hours of actual time on duty.

### H.7   Night Override Flying

Any segment that operates during the time frame of 0100L-0500L will have a night override of $0.50 per hour that will be paid to each Flight Attendant for the entire leg.

FLIGHT ATTENDANT MANUAL 

- If due to delays a pairing extends into the allotted time frame a prorated portion will be credited for the time worked into the 0100L-0500L time frame.
- Deadhead and LIMO segments qualify for Night Override Flying Pay.

  **NOTE:** If a modification is initiated by a Flight Attendant (i.e., front/tail end swaps,) Night Override Flying pay does not apply.

## H.8   Pairings with 13:30 Hours Credit RIG

Since RIGS operate independently, proper pay computation requires three separate calculations; the highest value of the three becomes the pay for the pairing. Any modifications to the pairing initiated by the Flight Attendant (e.g., jetway trades or front-end/tail-end splits) will not create RIG credit in a pairing.

- Since RIGS operate independently, proper pay computation requires three separate calculations; the highest value of the three becomes the pay for the pairing. Any modifications to the pairing initiated by the Inflight Crewmember (e.g., jetway trades or front-end/tail-end splits) will not create rig credit in a pairing.
- The total value of the pairing with the RIG will be 13:30 even though CrewTrac may show a different value before it is actually flown.
- The number of 13:30 pairings will vary from month to month based on flight scheduled service.
- For pairings with 13:30 credit that begin at the end of one pay month and end in the following pay month.
    - The month the report time is in (within the pairing) governs what month that credit is included in the month credit total.

## H.9   Ground Holding Time (GHT)

When a flight is delayed at the gate for more than one (1) hour with customers onboard, $20.00 per hour prorated will be paid for time in excess of that first hour.

CONFIDENTIAL                                                                      JB000781

**FLIGHT ATTENDANT MANUAL**                                           jetBlue

When a flight arrives at a location for the purpose of deplaning its Customers and has been there for more than one (1) hour after original scheduled release time, twenty ($20.00) per hour will be paid.  This time will end when the last Customer deplanes.

Because of the additional duties involved when diverting or tech stopping, GHT compensation will begin at block in time and will end if all customers deplane or when the flight blocks out again:

- Holding pay begins one hour after the following, whichever is later.
    - Time the passengers were boarded
- When a flight has blocked out, GHT does not apply.
    **NOTE:**  If the aircraft departs from the gate but are unable to takeoff and return to the gate, the holding time will begin at the block-in of the first departure attempt.
- Each Flight Attendant is responsible for submitting his/her own Crew Services Request Form to receive the GHT pay.
    **NOTE:**  See section E.  DUTY AND REST REQUIREMENTS.

## H.10  F1 Position Pay

Flight Attendants operating in the F1 position will be paid an additional $2.00 per flight hour for all hours worked.

- Flight Attendants will not receive F1 pay for any deadheading segments.
- F1 position pay is not pay guaranteed in the event of a flight cancellation or pairing modification.

## H.11  Time Away From Base / Per Diem Pay (TAFB)

The time away from base meal expense reimbursement is $2.00 per hour for all flights.

- TAFB begins to accrue at the scheduled report time of the trip and ending upon release at base.

10/12/11                        Revision: 13                         FAM-15-96

CONFIDENTIAL                                                         JB000782

FLIGHT ATTENDANT MANUAL 

- If a Flight Attendant reports but does not depart on the assigned flight due to a flight cancellation or irregularity, TAFB expenses will continue to accrue until the Flight Attendant is released from duty for a rest period.
- Per Diem (Time Away From Base) is not pay guaranteed in the event of flight cancellation or pairing modification.
- When released off a trip mid-pairing and unable to travel for an extended period, TAFB ceases at the release of the last working leg of the modified pairing.
- If assigned a pairing while on ASB/LSB, Reserve Flight Attendants will be paid TAFB expenses from report time of assigned pairing until released from duty. Scheduled LIMO time between airports is included TAFB.
- If Flight Attendants are approved to self-deadhead at the beginning or end of a trip, they will be credited with the flight time and TAFB expenses of the originally scheduled deadhead leg(s).
- Per Diem is taxable if a trip returns to base in the same duty period.  Per Diem is non-taxable on overnight trip with a layover.

### H.12  Hotel Expenses

Incidentals incurred on layovers are the responsibility of the Flight Attendant.

### H.13  Short-Term Parking

If notified to report less than 2 hours before scheduled departure time and authorized by Crew Services/Inflight Leadership, Flight Attendants are eligible for reimbursement for short-term parking expenses at the airport.

- Crew Services will document their schedule notating approval for reimbursement.
- An Expense Report with attached receipt must be submitted to Inflight Leadership.

CONFIDENTIAL     JB000783

**FLIGHT ATTENDANT MANUAL**                              jetBlue

- Appropriate documentation may be required by Inflight Leadership.

### H.25   Holiday Pay

A Flight Attendant scheduled to fly on Thanksgiving Day, Christmas Day, and New Year's Day will be compensated at the rate of two (2) times their normal base pay rate (not premium pay) for the credit hours (scheduled or actual, whichever is greater) between midnight and midnight in the time zone of their crew base. This includes any deadhead time.

- A Flight Attendant must work their entire pairing containing the Special Pay Day to be eligible for the additional pay.
- Special Pay shall be no less than four (4) hours of credit for the day.
- Flight Attendants required to layover at a Blue City on a Special Pay Day, but do not fly, will receive four (4) hours of pay at their base pay rate.
- Flight Attendants on reserve or Airport Standby and do not fly will receive an additional four (4) at their base pay rate (above their monthly guarantee).

If a Flight Attendant's pairing is modified by Crew Services because of operational requirements, any Special Pay in the pairing will be guaranteed for the greater of the pairing's Special Pay or what was actually flown on that day.

**FREQUENTLY ASKED QUESTIONS**

**Q:** I have a four (4) day pairing and Christmas is on the second day. On day four, I get sick and have to call out. Since I actually worked on Christmas, shouldn't I get the Special Pay rate?

**A:** Since you did not work the entire trip encompassing the Special Pay Day, you would <u>not</u> receive the Special Pay rate.

CONFIDENTIAL                                                    JB000790